IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-20009-TP-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID EZEKIEL HUNT,

        Defendant,
_____/

## ORDER SETTING SENTENCING DATE

THIS MATTER is hereby set for Status Conference before the Hon. Judge Ursula Ungaro, at the United States District Court, Eleventh Floor Courtroom, 301 North Miami Avenue, Miami, Florida on **MAY 9, 2008 at 11:30 A.M.**

DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this 28 day of April 2008.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record