UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20009-TP-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID EZEKIEL HUNT,

    Defendant.
_____/

## JUDGMENT AND COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

It appearing to the court that on October 24, 2005, a sentence of SIX (6) MONTHS incarceration followed by THREE (3) YEARS as imposed on the above-named defendant. The defendant having now been duly brought before this court for hearing upon petition of the Probation Officer for revocation, and it further appearing that said defendant has violated the conditions of his Supervised Release, it is therefore

ORDERED and ADJUDGED that the defendant's Supervised Release is REVOKED, and it is further

ORDERED and ADJUDGED that the defendant is committed to the custody of the Bureau of Prisons for a term of FOUR (4) MONTHS to be served CONCURRENTLY with the sentence imposed in Case number 07-20546-CR-UU with no Supervised Release on this matter to follow.

DONE and ORDERED this 20 day May 2008 in Miami Dade County, Florida.

                                                  URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals
      Probation
      Counsel of Record